IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANTHONY LAMONT DIGGS,

     Plaintiff,

   v.                                   Civil Action No. 3:24cv658

MR. SHEPHERD, *et al.*,

     Defendants.

## MEMORANDUM OPINION

On October 31, 2024, the Court conditionally docketed Plaintiff's action. (ECF No. 5.) Plaintiff requested leave to proceed *in forma pauperis*. (ECF No. 7.) By Memorandum Order entered on November 27, 2024, the Court directed Plaintiff to pay an initial partial filing fee of $6.43 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1); (*see also* ECF No. 9 ¶ 1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 1|14|2025
Richmond, Virginia

                        /s/
                    M. Hannah Lauck
                    United States District Judge